# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

MATTHEW RIVETTI, NATALIE FELIZ, and SHAMROZE MOOSA on behalf of themselves and all others similarly situated,

    Plaintiffs,

  vs.

AMERICAN EXPRESS COMPANY; TAMMY YEE; THE RETIREMENT SAVINGS PLAN INVESTMENT COMMITTEE; and DOES 1-30,

    Defendants.

Case No. 1:26-cv-04082

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Tulio D. Chirinos hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs in the above-captioned action.

I am in good standing of the bars of the states of Florida and Louisiana, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: May 29, 2026

Tulio D. Chirinos
**CHIRINOS LAW FIRM PLLC**
20283 State Road 7, Suite 592
Boca Raton, Florida 33498
Telephone: (561) 299-6334
tchirinos@chirinoslawfirm.com

1