**CHIRINOS**
LAW FIRM, PLLC    11 Broadway Ste 615, New York, NY 10004-1490

Nicole M. Cvercko
Senior Counsel
646-559-9952
ncvercko@chirinoslawfirm.com
www.chirinoslawfirm.com

**June 5, 2026**

The Honorable Margaret M. Garnett
U.S. District Court for the Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

<u>**Re: 1:26-cv-04082 – Rivetti et al. v. American Express Company et al.**</u>

Dear Judge Garnett:

We represent Plaintiffs in the above-captioned matter. Pursuant to this Court's Notice of Initial Pretrial Conference ("the Order"), Plaintiffs have served Defendants with a copy of the Order and this Court's Individual Rules and Practices. ECF No. 12.

Respectfully submitted,

        **CHIRINOS LAW FIRM PLLC**

        *s/ Nicole M. Cvercko*
        Nicole M. Cvercko, Esq.
        11 Broadway, Ste 615
        New York, New York 10004
        Tel.: (646) 559-9952
        Email: ncvercko@chirinoslawfirm.com

        ***Attorney for Plaintiffs***