AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Rivetti et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26 cv 04082 MMG |
| American Express Co., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Matthew Rivetti, Natalie Feliz, Shamroze Moosa, an all others similary situated                      .

Date:    06/05/2026

/s/ Tulio D. Chirinos
*Attorney's signature*

Tulio D. Chirinos, PHV
*Printed name and bar number*
20283 State Road 7, Suite 592
Boca Raton, FL 33498


*Address*

tchirinos@chirinoslawfirm.com
*E-mail address*

(561) 299 6334
*Telephone number*


*FAX number*