USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: July 20, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW RIVETTI, et al.,

Plaintiffs,

-against-

AMERICAN EXPRESS COMPANY, et al.,

Defendants.

26-CV-04082 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

With the consent of the parties (Dkt. No. 25), it is hereby ORDERED that Defendants' deadline to answer, move against, or otherwise respond to the Complaint (Dkt. No. 1) is hereby EXTENDED until **August 24, 2026**. If Defendants move to dismiss, Plaintiffs' opposition shall be filed on or before **September 23, 2026**; and Defendants' reply shall be filed on or before **October 14, 2026**.

The July 28, 2026 Initial Pretrial Conference is hereby ADJOURNED until **Tuesday, October 27, 2026**, at **2:00 p.m.** The Conference shall be conducted via Microsoft Teams. The public one-touch dial-in for the conference audio is: 646-453-4442,,289197305#. Counsel of record will receive a direct Microsoft Teams link via email in advance of the conference. The deadline for the parties to submit the joint letter and proposed case management plan described in the Court's May 21, 2026 Order is hereby EXTENDED until **Tuesday, October 21, 2026**.

The Clerk of Court is respectfully directed to terminate Dkt. No. 25.

Dated: July 20, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge