Morgan Lewis

**Jeremy P. Blumenfeld**
Partner
+1.215.963.5258
jeremy.blumenfeld@morganlewis.com

August 21, 2026

**VIA ECF**

Hon. Margaret M. Garnett
United States District Court Judge
Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007

Re: *Matthew Rivetti, et al. v. American Express Company, et al.*,
Case No. 1:26-cv-04082-MMG
Joint Letter Motion To Defer Individual Defendant
Tammy Yee's Responsive Pleading Deadline

Dear Judge Garnett:

In accordance with Your Honor's Individual Rule of Practice I(B)(5), concerning requests for adjournments or extensions of time, the Plaintiffs and Defendants American Express Company ("Amex") and the American Express Retirement Savings Plan Investment Committee ("Committee") write to jointly request that the Court hold in abeyance Defendant Tammy Yee's responsive pleading deadline.

Plaintiffs filed their Complaint on May 15, 2026. (Dkt. 1.) On May 26, 2026, Plaintiffs served Defendants with waivers of service, which Defendants executed on May 27 and 28, 2026. (Dkts. 13, 16, 17.) On July 15, 2026, the parties moved the Court for an extension of Defendants' responsive pleading deadline to August 24, 2026, which the Court granted on July 20, 2206. (Dkts. 25, 26.)

Defendants Amex and the Committee fully intend to comply with that deadline. However, over the past several weeks, the parties have separately engaged in negotiations and exchanged drafts of a stipulation whereby Plaintiffs would agree to dismiss individual Defendant Yee. The parties expect to either reach an agreement and stipulation to that effect in the coming weeks or to determine that an agreement cannot be reached and that Defendant Yee must file a responsive pleading.

For the above reasons, the parties respectfully request that the Court hold in abeyance Defendant Yee's responsive pleading deadline while the parties attempt to work to finalize the terms of their stipulation.

Respectfully submitted,

*/s/ Jeremy P. Blumenfeld*
Jeremy P. Blumenfeld
Counsel for Defendants

*/s/ Tulio D. Chirinos*
Tulio D. Chirinos
Counsel for Plaintiffs

cc: All counsel of record (via ECF)

GRANTED. Defendant Tammy Yee's obligation to respond to Plaintiffs' Complaint, Dkt. No. 1, is hereby held in abeyance *sine die*. Plaintiffs and Defendant Yee shall file an update as to the status of their discussions on dismissal by no later than **September 15, 2026**. If a stipulation of dismissal is filed prior to that date, the parties need not file the aforementioned letter. The Clerk of Court is respectfully directed to terminate Dkt. No. 34.

SO ORDERED. Dated August 25, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE